No. 11M52.  TAYLOR *v.* AYERS, WARDEN;

No. 11M54.  WILSON *v.* FLORIDA; and

No. 11M57.  ARAGON-HERNANDEZ *v.* UNITED STATES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M53.  ROBINSON *v.* UNITED STATES; and

No. 11M56.  SEALED PETITIONER *v.* SEALED RESPONDENT ET AL.  Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 11M55.  JARRETT *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 11M58.  GOLDBLATT *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI.  Motion for leave to proceed *in forma pauperis* with declaration of indigency under seal denied.

No. 108, Orig.  NEBRASKA *v.* WYOMING ET AL.  Joint motion to amend modified decree granted.  [For earlier order herein, see, *e. g.,* 535 U. S. 984.]

No. 11–398.  DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. *v.* FLORIDA ET AL.  C. A. 11th Cir.  [Certiorari granted, *ante,* p. 1034.]  Motion of Association of American Physicians & Surgeons, Inc., et al. for leave to intervene denied.

No. 11–5942.  MUHAMMAD *v.* SAPP ET AL.  C. A. 11th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 973] denied.

No. 11–5972.  THOMAS *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE BOARD ET AL.  Ct. App. Tex., 11th Dist.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 973] denied.

No. 11–6227.  HAMPTON *v.* J. W. SQUIRE CO., INC.  C. A. 4th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1012] denied.

No. 11–6863.  REID *v.* WYATT ET AL.  Sup. Ct. Va.;

No. 11–6897.  ZORTMAN *v.* PENNSYLVANIA.  Sup. Ct. Pa.;